United States District Court
Southern District of Texas

**ENTERED**

April 08, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| BRIAN ARATH HERNANDEZ DE LA CRUZ, | § § § | |
| Petitioner, | § § | |
| V. | § § | CIVIL ACTION NO. 5:26-CV-00456 |
| MIGUEL VERGARA, *et al.*, | § § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction, (Dkt. No. 7). Petitioner's deadline to reply to Respondents' motion was April 6, 2026, and no reply was filed. (*See* Dkt. No. 3).

Respondents state that "[c]ontrary to the entire basis of the Petition, Petitioner has had an individualized bond hearing," and attach evidence of both of Petitioner's prior bond hearings in Immigration Court. (Dkt. No. 7 at 1; Dkt. Nos. 7-2, 7-4). The petition makes several representations that Petitioner has not had a bond hearing: "Since his detention, he has never received an individualized custody determination or meaningful procedural review assessing whether his continued detention is necessary," "Petitioner has now been detained for a prolonged period without ever receiving a bond hearing or any neutral custody determination," and "Petitioner has remained continuously detained for months without any bond hearing, without any finding that he poses a danger or flight risk, and without any meaningful review of whether detention remains necessary." (Dkt. No. 1 at 2–3).

Accordingly, the Court **ORDERS** Petitioner to file supplemental briefing **by April 14, 2026,** explaining the discrepancies between Petitioner's representations and Respondents' evidence.

It is so **ORDERED**.

**SIGNED** on April 8, 2026.

_____
John A. Kazen
United States District Judge