United States District Court
Southern District of Texas

**ENTERED**

April 21, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| BRIAN ARATH HERNANDEZ DE LA CRUZ, | § § § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00456 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction, (Dkt. No. 7).

Due to conflicting facts between the petition and Respondents' motion, the Court ordered Petitioner to file supplemental briefing. (Dkt. No. 8). Petitioner's supplemental briefing indicates that the nature of his claims may have changed since the petition was filed. For example, Petitioner now "challenges the structure of the [bond] hearings, the lack of constitutional safeguards, and the prolonged nature of detention without meaningful review." (Dkt. No. 9 at 4). The petition, though, claimed that his detention "for a prolonged period without ever receiving an individualized custody determination" was a violation of his constitutional rights. (Dkt. No. 1 at 9).

As such, the Court **GRANTS** Petitioner leave to amend his petition **by April 27, 2026**. Respondents are **ORDERED** to file a response to the amended petition **within seven days of its filing**. If Petitioner fails to amend his petition, his petition may be dismissed without prejudice.

It is so **ORDERED**.

**SIGNED** on April 20, 2026.

John A. Kazen
United States District Judge