United States District Court
Southern District of Texas

**ENTERED**

April 28, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| BRIAN ARATH HERNANDEZ DE LA CRUZ, | § § § | |
|     Petitioner, | § § | |
| V. | § § | CIVIL ACTION NO. 5:26-CV-00456 |
| MIGUEL VERGARA, *et al.*,[1] | § § | |
|     Respondents. | § | |

<u>**ORDER**</u>

Before the Court is Petitioner's Amended Petition for Writ of Habeas Corpus, (Dkt. No. 11). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Miguel Vergara, ICE-ERO Field Office Director; Markwayne Mullin, Secretary of U.S. Department of Homeland Security; the U.S. Department of Homeland Security; Todd Blanche, U.S. Attorney General; the Executive Office for Immigration Review; and the Warden of the Rio Grande Processing Center, as Respondents.

Based upon a review of the Amended Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than May 5, 2026.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than May 12, 2026.**[2]

The Court **DIRECTS** the Clerk of Court to serve the Petition, (Dkt. No. 11), its attachments, and this Order on the United States Attorney for the Southern District of Texas via electronic mail at <u>USATXS.CivilNotice@usdoj.gov</u>. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, the Court's prior Order, (Dkt. No. 3), for Respondents to notify

---

[1] Todd Blanche is automatically substituted for Pamela Bondi in this case under Federal Rule of Civil Procedure 25(d). Markwayne Mullin is automatically substituted for Kristi Noem in this case under the same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

[2] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer, **REMAINS IN EFFECT**.

It is so **ORDERED**.

**SIGNED** on April 28, 2026.

John A. Kazen
United States District Judge