United States District Court
Southern District of Texas

**ENTERED**
June 15, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| **BRIAN ARATH HERNANDEZ DE LA CRUZ,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00456 |
| | § | |
| **MIGUEL VERGARA,** *et al.,* | § | |
| Respondents. | § | |

### ORDER

Before the Court is Respondents' Status Update, (Dkt. No. 16), and Petitioner's Status Update, (Dkt. No. 17). The parties notified the Court that Petitioner's BIA appeal was dismissed. (Dkt. No. 16-1). As such, Petitioner is subject to a final order of removal and detained under 8 U.S.C. § 1231(a). Petitioner requests leave to amend the petition. The Court construes this as a motion for leave to amend the petition.

Under Federal Rule of Civil Procedure 15, "[a] party may amend its pleading once as a matter of course no later than . . . 21 days after serving it." Fed. R. Civ. P. 15(a)(1). "In all other cases," a pleading may be amended "only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). "The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Indeed, "[a] court must have a substantial reason to deny a party's request for leave to amend." *Stem v. Gomez*, 813 F.3d 205, 216 (5th Cir. 2016) (citations and internal quotations omitted).

In light of Petitioner's change in detention authority, the Court finds that justice requires allowing Petitioner to amend his petition. There is no substantial reason to deny his request. As such, the Court **GRANTS** Petitioner's motion for leave to amend, (Dkt. No. 17).

The Court **GRANTS** Petitioner leave to amend the petition **by June 22, 2026**, regarding the status of Petitioner's detention and claims in this case. Respondents are **ORDERED** to file a response **by June 29, 2026**.

It is so **ORDERED**.

**SIGNED** on June 15, 2026.

John A. Kazen
United States District Judge